[874 NE2d 727, 842 NYS2d 763]

In the Matter of JEROME C. ELLIS.

Decided September 4, 2007

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Jerome C. Ellis is suspended, with pay, effective immediately, from the office of Justice of the Leon Town Court, Cattaraugus

County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.